IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

  Plaintiff,

v.

Fifty-Three (53) Firearms,

  Defendants.

Civil No. 03-2824-V

---

### ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO CLAIMANT'S MOTION TO DISMISS

---

Upon motion of the United States, the time for filing the government's response to Claimant's motion to dismiss is extended to **Thursday, October 6, 2005.**

IT IS SO ORDERED, this 22nd day of September, 2005.

_____
DIANE K. VESCOVO
United States Magistrate Judge


APPROVED:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:03-CV-02824 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT