FILED BY _____ D.C.
05 OCT 31 PM 2:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

FILED BY _____ D.C.
05 OCT 28 PM 2:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

VS.                                   Civil No. 03-2824

Fifty-Three (53) Firearms,

  Defendants.

*Granted.*
*Diane K. Vescovo*
*U.S. Magistrate Judge*
*October 31, 2005*

## MOTION FOR PERMISSION TO REPLY TO GOVERNMENT'S RESPONSE TO CLAIMANT'S MOTION TO DISMISS

Comes now your claimant, Robert Shelby, by and through counsel, Jake Erwin, and respectfully moves this Honorable Court to allow claimant to reply to the United States' Response to Defendant's Motion to Dismiss. In support, Defendant would show and state unto this Honorable Court the following:

1. Your claimant herein submits that a reply is necessary to appropriately address and clarify the issues before this Honorable Court as presented in Defendant's Motion to Dismiss.

2. In the alternative, counsel would request a hearing on claimant's Motion.

WHEREFORE, PREMISES CONSIDERED, Claimant respectfully request permission to file a brief reply to the United State's Response to Defendant's Motion to Dismiss.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-1-05

1


32

Respectfully submitted,

THE WAGERMAN LAW FIRM

_____
Jake Erwin (#020728)
Attorney for Defendant
200 Jefferson Avenue, Suite 1313
Memphis, Tennessee 38103
(901) 527-0644

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance was furnished to Mr. Chris Cotton at the U.S. Attorney's Office, 167 North Main, 8th Floor on the 28 day of October, 2005.

_____
Jake Erwin

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:03-CV-02824 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT