FILED BY _BRS_ D.C.

05 DEC 12 PM 3: 16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.                                            No. 03-2824

USA v. Fifty-Three Firearms,

    Defendant.

---

### ORDER ON MOTION TO CONTINUE HEARING ON CLAIMANT'S MOTION TO DISMISS

---

Before this Honorable Court is Defendant's Motion to Stay Re-Sentencing Hearing currently set on Monday, December 12, 2005. It appearing to this Court that counsel's Motion is well taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the hearing on claimant's Motion to Dismiss is continued to _____.

Entered this the __12th__ day of __December__, 2005.

_____
U.S. Magistrate Judge
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-13-05_

3

36



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:03-CV-02824 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT