UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

UNITED STATES of AMERICA,

**PLAINTIFF**                                              **JUDGMENT IN A CIVIL CASE**

**VS**

**FIFTY-THREE (53) FIREARMS,**            **CASE NO: 03-2824-V**

**DEFENDANT(S)**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulated Settlement Agreement entered on March 27, 2006 and the Consent Order entered on March 29, 2006, judgment is entered accordingly:

1. The defendant property shall be divided as follows:

    a. The following firearms, designated below by description, serial number and the last four digits of the seizure number as reflected in Exhibit A to the Verified Complaint of Forfeiture, shall be forfeited to the United States to be disposed of in accordance with law.

    1) One Carcanoterni 38 Rifle, Serial # R4068 (0009);

    2) One M44 Rifle, Serial # CA3660 (0015);

    3) One Savage Mark II Rifle, Serial #402424 (0025);

    4) One Unknown, Serial # M52570 (0026);

    5) One Savage Rifle, Serial # T373 (0028);

    6) One M.A.S. 1936 Rifle, Serial # FH 88911 (0032);

    7) One Savage 62 Rifle, Serial # L330149 (0043);

      8) One Lakefield Arms LTD, Mark I Rifle, Serial # 23362 (0044);

      9) One Mossberg 835 Shotgun, Serial # UM249215 (0049);

      10) One Mauser 1907 Rifle, Serial # 104239 (0013);

  b. The remaining firearms as listed in Exhibit A to the Verified Complaint of Forfeiture, shall be returned to the Claimant.

  c. All miscellaneous documents with item numbers 052, 054, 056 and 057, as shown on the initial description of property and evidence control log dated June 25, 2003, shall be returned to claimant.

2. The Claimant agrees to the following:

  a. To not engage in the business of buying and selling firearms for profit, including but not limited to the ownership and/or operation of a retail firearms business and the participation in gun shows as a vendor.

3. The Claimant admits no criminal or civil liability in connection with the seizure of the above-described property, which is the subject of this suit.

4. The Claimant agrees to release the United States of America, its agents and employees, from any and all claims that might result from the seizure of the defendant property.

This action is dismissed with prejudice. Each party shall bear its own attorney's fees.

**APPROVED:**

**s/Diane K. Vescovo**
**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**

**February 8, 2007**　　　　　　　　　　　**Thomas M. Gould**
**Date**　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　**s/Betty Guy**
　　　　　　　　　　　　　　　　　　　　　**(By) Deputy Clerk**